**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00452-CR
No. 05-14-00453-CR

**MICHAEL WAYNE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-71062-J, F13-56255-J**

## ORDER

We **GRANT** Official Court Reporter Kimberly Xavier's June 25, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/    LANA MYERS
        JUSTICE